**LAW OFFICE OF MAUREEN B. GODFREY, PLLC**
**23 ROOSEVELT AVENUE**
**MASSAPEQUA PARK, NEW YORK 11762**

February 13, 2023

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
300 Quarropas St.
White Plaines, NY 10601-4150
Courtroom 520

*Application GRANTED. The Clerk of Court is directed to terminate ECF No. 30. SO ORDERED.*

*[signature]*

*February 13, 2023*

Re: *Hahn v. Navient Solutions, LLC. et al.* Case No. 1:22-cv-10118-JMF

Dear Judge Furman:

Plaintiff, Amy Hahn, with the consent of Defendants Navient Solutions, LLC, Equifax information Services, LLC, and Experian Information Solutions, Inc., (collectively the "Parties") hereby requests that the Parties be relieved of the early mediation requirement per the Court's Mediation Referral Order. Doc. 13. Plaintiff is in contact with each Defendant and settlement discussions are ongoing and progressing. The Parties do not believe early mediation is necessary at this juncture and the Parties wish to minimize the costs associated with this case as settlement discussions continue. Defendant Experian has filed an Answer to the Complaint, however Defendants Equifax and Navient's response deadline has been extended to March 6, 2023.

TransUnion, LLC appeared last Friday and does not object to this request. Defendant TransUnion has not filed a response or answer as of the date of this letter.

Plaintiff makes this request in good faith and respectfully requests the Court relieve the Parties of the early mediation requirement.

Respectfully submitted,

*/s/ Maureen Godfrey, Esq.*

MaureenBGodfrey@gmail.com/ (718) 490-4155
cc: All counsel of record (via email)
